**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WARDELL NEWSOME, II,                                                                             PETITIONER
ADC #136390

v.                                         5:11cv-00316-JMM-JJV

RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully considering the objections and making a *de novo* review of the record including the state court transcripts, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Although Petitioner's arguments are well-founded, the Court cannot say that the state court decision was "contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States."  28 U.S.C. § 2254(d)(1).

IT IS, THEREFORE, ORDERED that:

1.    Mr. Newsome's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice, and the requested relief is DENIED.

SO ORDERED this 8th day of November, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE