IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WARDELL NEWSOME, II,**                                                                **PETITIONER**
**ADC #136390**

**v.**                                        **5:11CV-00316-JMM-JJV**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                    **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on November 8, 2012, Judgment is hereby entered in favor of the Respondent. The Petition is dismissed with prejudice. The Clerk is directed to terminate the case.

IT IS SO ORDERED this 14th day of November, 2012.

_____
James M. Moody
United States District Judge